ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ERNESTO TOVAR TRONCOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:22-CR-00143-ADA-BAM |
| Plaintiff, ) | **STIPULATION AND ORDER TO SET CHANGE OF PLEA ON AUGUST 14, 2023, AT 8:30 AM.** |
| v. ) | |
| ERNESTO TOVAR TRONCOSO, ) | |
| Defendant. ) | |

    Defendant, Ernesto T. Troncoso, by and through his Attorney, Anthony P. Capozzi and plaintiff, United States by and through, Assistant United States Attorney, Stephanie M. Stokman hereby stipulate to vacate the status conference set for October 25, 2023, and set August 14, 2023, at 8:30 a.m. for a change of plea.  It is further stipulated that time has been previously excluded to October 25, 2023, pursuant to 18 U.S.C. § 3161 (h)(7)(A), b(iv).

**IT IS SO STIPULATED**.

DATED:       June 22, 2023,          BY: */s/ Anthony P. Capozzi*
                                                               ANTHONY P. CAPOZZI, Attorney for
                                                                ERNESTO TOVAR TRONCOSO

DATED: June 22, 2023 ,        BY: */s/ Stephanie Stokman*
STEPHANIE STOKMAN,
Assistant United States Attorney

## ORDER

Based upon the Stipulation of the parties it is ordered that the status conference set on October 25, 2023, at 1:00 p.m. be vacated and the date of August 14, 2023, at 8:30 a.m. be set for a change of plea. Time has been excluded to October 25, 2023, pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: June 25, 2023

UNITED STATES DISTRICT JUDGE