ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ERNESTO TOVAR TRONCOSO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:22-CR-00143-ADA-BAM |
| ) Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE OF NOVEMBER 6, 2023** |
| v. ) | |
| ERNESTO TOVAR TRONCOSO, ) | |
| ) Defendant. ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, Ernesto Tovar Troncoso, by and through his Attorney, Anthony P. Capozzi and the United States of America, by and through the Assistant United States Attorney, Stephanie Stokman, stipulate that the sentencing date of November 6, 2023, be vacated, and continued to January 22, 2024. Said Stipulation is based upon the Declaration of Anthony P. Capozzi.

I, Anthony P. Capozzi, declare:

1. This attorney has been the attorney for Ernesto Tovar Troncoso since the inception of this case.

2. This attorney represents Terry Simpkins in People v. Terry J. Simpkins, Jr., in the Fresno County Superior Court, Case No.: F19908312. The jury trial was set for October 24, 2023, but trailed to October 30, 2023. On that date the jury trial was confirmed and begins on October 30, 2023. The trial is anticipated to last at least fifteen days.

3. It is respectfully requested that the sentencing date be continued to January 22, 2024, at 10:00 am.

Dated: October 30, 2023.    By: */s/ Anthony P. Capozzi*  
ANTHONY P. CAPOZZI, Attorney for  
ERNESTO TOVAR TRONCOSO

Dated: October 30, 2023,    BY: */s/ Stephanie Stokman*  
STEPHANIE STOKMAN,  
Assistant United States Attorney

## **ORDER**

It is hereby ordered that the Sentencing Date of November 6, be vacated and a new Sentencing Date be set for January 22, 2024.

IT IS SO ORDERED.

Dated:   October 31, 2023  
_____  
UNITED STATES DISTRICT JUDGE